FILED

2003 OCT -9 P 2:32

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GOLDEN RULE INSURANCE COMPANY,:
:
        Plaintiff,    :    C.A. No. 02-CV-2219 (JCH)
:
- v. -    :
:
ABBY ORKISZ    :
:
        Defendant.    :    OCTOBER 8, 2003

**STIPULATION FOR DISMISSAL**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated that the above captioned action is dismissed with prejudice, each party to bear its own costs and attorney's fees, it being understood that the parties have entered into an agreement for dismissal.

So Ordered.