02CV2219 order Dis

FILED

tms
2003 OCT 14 P 4: 57

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

GOLDEN RULE INSURANCE COMPANY,:

          Plaintiff,   :      C.A. No. 02-CV-2219 (JCH)

- v. -

ABBY ORKISZ

          Defendant.   :      OCTOBER __, 2003

## ORDER OF DISMISSAL

Pursuant to Rule Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and upon notice of settlement of action and request for order of dismissal filed by the parties, the Court finds that it has jurisdiction of the parties and subject matter and that an order of dismissal with prejudice should be entered pursuant to the stipulated dismissal.

It is hereby ordered that this case be dismissed with prejudice with each party to bear his or its own costs.

                                      By The Court

                                      By _____
                                            Judge/~~Clerk~~