FILED

2003 OCT -9 P 2: 32

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

GOLDEN RULE INSURANCE COMPANY,:

          Plaintiff,    :    C.A. No. 02-CV-2219 (JCH)

- v. -

ABBY ORKISZ

          Defendant.    :    OCTOBER 8, 2003

## NOTICE OF SETTLEMENT OF ACTION AND REQUEST
## FOR AN ORDER OF DISMISSAL

Pursuant to Rule 16 of the Local Rules of Civil Procedure for the United States District Court for the District of Connecticut, Plaintiff Golden Rule Insurance Company hereby reports to the Court that the above-captioned matter has been settled between all parties in accordance with the stipulation of dismissal submitted herewith. The parties hereto jointly request that an order of dismissal be entered with prejudice, each party to bear its own costs and attorney's fees.

MOTION GRANTED.
SO ORDERED.